USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
          :
Lawrence Bealer,          :
          :
         Plaintiff,          :
          :      **ORDER**
      -against-          :      18-CV-10483 (VSB) (KHP)
          :
Nancy A. Berryhill
Commissioner, Social Security Administration,          :
          :
        Defendant.         :
          :
---------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

The parties are requested to confer regarding consent to the jurisdiction of a Magistrate Judge for all purposes. To the extent the parties agree to proceed before a Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), they should complete a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at https://nysd.uscourts.gov/hon-katharine-h-parker) and submit it via ECF. This Order is not meant to interfere in any way with the parties' absolute right to a decision by a United States District Judge but is merely an attempt to preserve scarce judicial resources and remind the parties of this option pursuant to 28 U.S.C. § 636(c).

    **SO ORDERED.**

Dated: New York, New York
       November 13, 2019                            _____
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge