UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAWRENCE BEALER,

                    Plaintiff,

-against-

ANDREW SAUL,
Commissioner of Social Security,
                    Defendant.
------------------------------------------------------------X

18 CIVIL 10483 (VSB)(KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated March 2, 2020, Plaintiff's motion for judgment on the pleadings is GRANTED and Defendant's motion is DENIED, and the action is remanded for a new hearing and that the ALJ be required to: (1) request a treating source opinion from Dr. Weaver that includes an assessment of Plaintiff's physical abilities while suffering from migraine attacks and (2) consider all the evidence in the record, including the evidence supporting Plaintiff's claim, to determine whether Plaintiff is disabled.

**Dated:** New York, New York
          March 2, 2020

                                                RUBY J. KRAJICK

                                                  Clerk of Court

                BY: _____
                                        **Deputy Clerk**